McGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
MIRIAM R. HINMAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-232 GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| ERAN BUHBUT, | DATE: June 1, 2018 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 1, 2018.

2. By this stipulation, defendant now moves to continue the status conference until August 10, 2018, and to exclude time between June 1, 2018, and August 10, 2018, under Local Codes R and T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes several thousand pages of investigative reports and business records, as well as forty-two compact disks containing audio-visual material. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendant desires additional time review said discovery and conduct

additional legal and factual research.  Moreover, counsel for defendant is currently involved in a jury trial before the Honorable Beth L. Freeman in the Northern District of California in *United States v. Meili Lin, et al.*, CR15-00065 BLF.  Trial commenced May 4, 2018, and is still underway.

    c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and pose a threat to continuity of counsel given the ongoing trial in which she is involved.

    d)    Furthermore, and independently, two unsevered co-defendants in this case, Yaniv and Orel Gohar, failed to appear at hearings earlier this year.  *See* ECF Nos. 49, 51.  No severance motion has been filed or granted, and the delay to date has been reasonable.  Accordingly, the parties agree and ask the Court to find that time is excludable under Local Code R.

    e)    The government does not object to the continuance.

    f)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 1, 2018 to August 10, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(6) [Local Code R], and (7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

    IT IS SO STIPULATED.

Dated: May 30, 2018  McGREGOR W. SCOTT
United States Attorney

/s/ MATTHEW M. YELOVICH
MATTHEW M. YELOVICH
Assistant United States Attorney

Dated: May 30, 2018  /s/ RANDY SUE POLLOCK
RANDY SUE POLLOCK
Counsel for Defendant
ERAN BUHBUT

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: May 30, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge