McGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
MIRIAM R. HINMAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-232 GEB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| ERAN BUHBUT, | DATE: August 10, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 10, 2018.

2. By this stipulation, defendant now moves to continue the status conference until October 5, 2018, and to exclude time between August 10, 2018, and October 5, 2018, under Local Codes R and T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes several thousand pages of investigative reports and business records, as well as forty-two compact disks containing audio-visual material. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) In addition, the government anticipates making additional productions of business records and investigative reports in the coming weeks, totaling in the thousands of pages.

c) Counsel for defendant desires additional time to review said discovery and conduct additional legal and factual research in preparing for trial.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) Furthermore, and independently, two unsevered co-defendants in this case, Yaniv and Orel Gohar, failed to appear at hearings earlier this year. *See* ECF Nos. 49, 51. No severance motion has been filed or granted, and the delay to date has been reasonable. Accordingly, the defendant asks the Court to find that time is excludable under Local Code R.

f) The government does not object to the continuance.

g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 10, 2018 to October 5, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(6) [Local Code R], and (7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 1, 2018    McGREGOR W. SCOTT
United States Attorney

/s/ MATTHEW M. YELOVICH
MATTHEW M. YELOVICH
Assistant United States Attorney

Dated: August 1, 2018    /s/ RANDY SUE POLLOCK
RANDY SUE POLLOCK
Counsel for Defendant
ERAN BUHBUT

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: August 1, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge