| | |
|---|---|
| 1 | RANDY SUE POLLOCK |
| 2 | Attorney at Law (CSBN 64493) |
| | 286 Santa Clara Avenue |
| 3 | Oakland, CA 94610 |
| 4 | Telephone: (510) 763-9967 |
| | Facsimile:  (510) 380-6551 |
| 5 | rsp@rspollocklaw.com |
| 6 | Attorney for Defendant |
| | ERAN BUHBUT |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

─oOo─

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Court No. 17-00232-GEB** |
| Plaintiff, | |
| vs. | **STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| ERAN BUHBUT, | _____ |
| Defendant. | |
| _____/ | |

Eran Buhbut, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Matthew M. Yelovich hereby request that the conditions of Mr. Buhbut's release be modified to include the following:

Special Condition 11: "You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer." This condition shall be in addition to the previously ordered Special Conditions of Release [Exhibit A].

Defendant Buhbut's Stipulation To Modify Conditions of Pretrial Release
CR. 17-00232-GEB

This modification is at the request of Pretrial Services Officer Melissa Haberer.

Date:  March 18, 2019                     Respectfully submitted,


                                          */s/ Randy Sue Pollock*
                                          Randy Sue Pollock
                                          Counsel for Defendant Eran Buhbut

Date:  March 18, 2019                     /s/ Matthew M. Yelovich
                                          Matthew M. Yelovich


SO ORDERED.

Dated:  March 19, 2019


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Defendant Buhbut's Stipulation To Modify Conditions of Pretrial Release
CR. 17-00232-GEB