DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd. Suite 312
Rocklin, CA 95765
(916) 447-8600 - Telephone
(916) 930-6482 – Fax
davefischer@yahoo.com – E-mail

Attorney for Defendant
ADAM ATARI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>YANIV GOHAR<br>OREL GOHAR<br>MAY LEVY<br>ERAN BAHBUT<br>BAR SHANI<br>ATIR DADON<br>ADAM ATARI<br>RAZ RAZLA,<br><br>　　　　Defendants. | No. 2:17-CR-00232 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING THE STATUS CONFERENCE TO JUNE 14, 2019, AT 9:00 A.M. |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED between the defendants, ERAN BUHBUT, BAR SHANI, ADAM ATARI, and RAZ RAZLA, by and through their undersigned defense counsel, and the United States of America[1], by and through its

---

[1] Defendant MAY LEVY is not a party to this stipulation because he has been sentenced. Defendant ATIR DADON is not a party because he is going to enter a change

STIPULATION AND PROPOSED ORDER　　　　1

counsel, Assistant U.S. Attorney MATTHEW YELOVICH, that the status conference presently set for April 5, 2019, should be continued to June 14, 2019, and that time under the Speedy Trial Act should be excluded from between those dates.

The reasons for the continuance are that DAVID FISCHER recently became attorney of record for ADAM ATARI, PATRICK HANLEY recently became attorney of record for BAR SHANI, on April 2, 2019 the Government informed all parties that it is sending out additional discovery, and all defense counsel for all defendants need time additional time to prepare. The continuance is also necessary to ensure continuity of counsel. Accordingly, the time between April 5, 2019, and June 14, 2019, should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties intend to set a trial date at the next status conference. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). All counsel for each party to this stipulation have authorized Mr. Fischer to sign this document for them.

Dated: April 2, 2019 U.S. ATTORNEY

by: /s/ David D. Fischer for
MATTHEW YELOVICH
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: April 2, 2019 /s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
ADAM ATARI

---

of plea on April 5, 2019. Defendants YANIV GOHAR and OREL GOHAR are not parties to this stipulation because they are fugitives.

| | |
|---|---|
| Dated: April 2, 2019 | /s/ David D. Fischer for<br>RANDY SUE POLLOCK<br>Attorney for Defendant<br>ERAN BUHBUT |
| Dated: April 2, 2019 | /s/ David D. Fischer for<br>PATRICK HANLEY<br>Attorney for Defendant<br>BAR SHANI |
| Dated: April 2, 2019 | /s/ David D. Fischer for<br>GEORGE MGDESYAN<br>Attorney for Defendant<br>RAZ RAZLA |

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: April 4, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge