RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile: (510) 380-6551

Attorney for Defendant
ERAN BUHBUT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00232-GEB |
| Plaintiff, | |
| vs. | **STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE** |
| ERAN BUHBUT, RAZ RAZLA | _____ |
| Defendant. | |

Defendant Eran Buhbut, by and through his counsel of record, Randy Sue Pollock, and Raz Razla, by and through his counsel George Mgdesyan, hereby request that the status conference presently set for June 14, 2019, be rescheduled for July 26, 2019. This extension is at the request of both defense counsel so that they can have additional time to review the discovery and meet and confer with their clients and the prosecutor in order to reach a resolution of this case. As to Mr. Buhbut, counsel is meeting with an immigration attorney regarding the immigration consequences of a disposition in this case.

1. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of June 14, 2019 to July 26, 2019, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a

STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE

*UNITED STATES vs. BOBBY SANDERS, CR. 16-0081-JAM*

continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

2. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Date:  June 12, 2019    /s/ *RANDY SUE POLLOCK*
RANDY SUE POLLOCK
Counsel for Defendant
ERAN BUHBUT

Date:  June 12, 2019    /s/*GEORGE GEVORK MGDESYAN*
GEORGE GEVORK MGDESYAN
Counsel for Defendant
RAZ RAZLA

Date:  June 12, 2019    /s/ MIRIAM HINMAN
MIRIAM HINMAN
Assistant United States Attorney

## **ORDER**

The Court hereby grants the motion submitted by Defendants Eran Buhbut and Raz Razla.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) within which trial must commence, the time period from June 14, 2019 to July 26, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE

*UNITED STATES vs. BOBBY SANDERS, CR. 16-0081-JAM*

**IT IS SO ORDERED.**

Dated:  June 13, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE

*UNITED STATES vs. BOBBY SANDERS, CR. 16-0081-JAM*