UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
June 26, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00232-GEB |
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| ERAN BUHBUT, | |
| Defendant. | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ERAN BUHBUT,

Case No. 2:17-cr-00232-GEB Charge 18 USC § 1955(a); 18 USC § 981(a)(1)(C) and 18 USC § 1955 (d), from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ _____

\_\_\_\_\_ Unsecured Appearance Bond $ _____

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

\_\_\_\_\_ (Other):

Issued at Sacramento, California on June 26, 2019 at 11:34 am

By: *Carol L Delaney*

Magistrate Judge Carolyn K. Delaney

*Under terms + conditions previously imposed*