RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile: (510) 380-6551
rsp@rspollocklaw.com

**Attorney for Defendant
ERAN BUHBUT**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. 17-00232-GEB** |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING** |
| ERAN BUHBUT, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Randy Sue Pollock, counsel for defendant

Eran Buhbut, and Assistant United States Attorney Miriam Hinman, that the sentencing presently

set for February 28, 2020 be continued to July 10, 2020. This request is based on counsel and Mr.

Buhbut's desire for the court to be able to consider additional information at sentencing. It is also

due to counsel's upcoming trial beginning February 19, 2020, in the EDKY [United States vs.

Sarkhosh, CR. 17-118, KKC]. The multi-defendant trial is expected to last five weeks.

///

///

///

1

The government and United States Probation Officer Lynda Moore have no objection to this continuance.

The draft presentence investigation report shall be due no later than May 29, 2020.

Informal objections shall be due no later than June 12, 2020.

The final presentence investigative report shall be due no later than June 19, 2020.

Motions to correct the presentence report shall be due no later than June 26, 2020.

Replies and sentencing memoranda shall be filed no later than July 3, 2020.

Date: December 14, 2019

          /s/
RANDY SUE POLLOCK
Attorney for Defendant
Eran Buhbut

Date: December 14, 2019

          /s/
MIRIAM HINMAN
Assistant United States Attorney

IT IS SO ORDERED:

Dated: December 16, 2019

          
GARLAND E. BURRELL, JR.
Senior United States District Judge

2