RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile: (510) 380-6551
rsp@rspollocklaw.com

**Attorney for Defendant**
**ERAN BUHBUT**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>ERAN BUHBUT,<br>        Defendant. | **CASE NO. 17-00232-JAM**<br><br>**STIPULATION AND ORDER <u>TO CONTINUE SENTENCING</u>** |

IT IS HEREBY STIPULATED by and between Randy Sue Pollock, counsel for defendant Eran Buhbut, and Assistant United States Attorney Miriam Hinman, that the sentencing presently set for August 4, 2020 be continued to August 25, 2020 at 9:15 a.m.  This request is based on defense counsel and Mr. Buhbut's desire for the court to be able to consider additional information at sentencing.  It is also due to counsel's hip replacement surgery on May 5, 2020.

The government and United States Probation Officer Lynda Moore have no objection to this continuance.

The draft presentence investigation report shall be due no later than July 14, 2020.

Informal objections shall be due no later than July 28, 2020.

The final presentence investigative report shall be due no later than August 4, 2020.

Motions to correct the presentence report shall be due no later than August 11, 2020.

Replies and sentencing memoranda shall be filed no later than August 18, 2020.

Date:  May 7, 2020                                       /s/ Randy Sue Pollock
                                                                              RANDY SUE POLLOCK
                                                                              Attorney for Defendant
                                                                              Eran Buhbut

Date:  May 7, 2020                                       /s/ Miriam Hinman
                                                                              MIRIAM HINMAN
                                                                              Assistant United States Attorney

IT IS SO ORDERED:

DATE:  5/7/2020                                       /s/ John A. Mendez
                                                               HON. JOHN A. MENDEZ
                                                               United States District Court Judge

*U.S. v. BUHBUT, CR. 17-00232-JAM*
STIPULATION AND [PROPOSED] ORDER
TO CONTINUE SENTENCING