RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile:  (510) 380-6551
rsp@rspollocklaw.com

**Attorney for Defendant**
**ERAN BUHBUT**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>     vs.<br><br>ERAN BUHBUT,<br><br>           Defendant. | **CASE NO.  17-00232-JAM**<br><br>**STIPULATION AND ORDER TO SUSPEND PRETRIAL RELEASE <u>CONDITION OF DRUG TREATMENT</u>** |

IT IS HEREBY STIPULATED by and between Randy Sue Pollock, counsel for defendant Eran Buhbut, and Assistant United States Attorney Miriam Hinman, that the treatment condition imposed as a condition of defendant's pretrial release be suspended at this time.  This modification of defendant's release condition is at the request of his Pretrial Service Officer Melissa Harberer.

Date:  May 27, 2020                               /s/
                                                          RANDY SUE POLLOCK
                                                          Attorney for Defendant
                                                          Eran Buhbut

Date:  May 21, 2020                               /s/
                                                          MIRIAM HINMAN
                                                          Assistant United States Attorney

1

*U.S. v. BUHBUT, CR. 17-00232-JAM*
STIPULATION AND [PROPOSED] ORDER
TO SUSPEND PRETRIAL RELEASE CONDITION OF DRUG TREATMENT

IT IS SO ORDERED:

DATE: May 28, 2020              /s/ John A. Mendez_____
                                HON. JOHN A. MENDEZ
                                United States District Court Judge

2

*U.S. v. BUHBUT, CR. 17-00232-JAM*
STIPULATION AND [PROPOSED] ORDER
TO SUSPEND PRETRIAL RELEASE CONDITION OF DRUG TREATMENT