RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile: (510) 380-6551
rsp@rspollocklaw.com

**Attorney for Defendant
ERAN BUHBUT**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>ERAN BUHBUT,<br><br>            Defendant. | CASE NO. 17-00232-JAM<br><br>**STIPULATION AND ORDER <u>TO CONTINUE SENTENCING</u>** |

IT IS HEREBY STIPULATED by and between Randy Sue Pollock, counsel for defendant Eran Buhbut, and Assistant United States Attorney Miriam Hinman, that the sentencing presently set for August 25, 2020 be continued to September 29, 2020 at 9:15 a.m. Under the circumstances of this case, including provision II.F of the defendant's plea agreement, the parties agree that the requested continuance is appropriate so that the Court may have the opportunity to consider additional information relevant to sentencing.

United States Probation Officer Lynda Moore has no objection to this continuance.

The draft presentence investigation report shall be due no later than August 18, 2020.

Informal objections shall be due no later than September 1, 2020.

The final presentence investigative report shall be due no later than September 8, 2020.

Motions to correct the presentence report shall be due no later than September 15, 2020.

Replies and sentencing memoranda shall be filed no later than September 22, 2020.

Date: June 25, 2020                                       /s/
                                                 RANDY SUE POLLOCK
                                                 Attorney for Defendant
                                                 Eran Buhbut

Date: June 25, 2020                                       /s/
                                                 MIRIAM HINMAN
                                                 Assistant United States Attorney

IT IS SO ORDERED:

DATE: June 25, 2020                              /s/ John A. Mendez
                                                 HON. JOHN A. MENDEZ
                                                 United States District Court Judge