RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile: (510) 380-6551
rsp@rspollocklaw.com

**Attorney for Defendant
ERAN BUHBUT**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　vs.<br>ERAN BUHBUT,<br>　　　　　　　　Defendant. | CASE NO.  17-00232-JAM<br><br>**STIPULATION AND ORDER <u>TO CONTINUE SENTENCING</u>** |

　　　IT IS HEREBY STIPULATED by and between Randy Sue Pollock, counsel for defendant Eran Buhbut, and Assistant United States Attorney Miriam Hinman, that the sentencing presently set for September 29, 2020 be continued to November 3, 2020 at 9:30 a.m., under the circumstances of this case, including provision II.F of the defendant's plea agreement, the parties agree that the requested continuance is appropriate so that the Court may have the opportunity to consider additional information relevant to sentencing.

　　　United States Probation Officer Lynda Moore has no objection to this continuance.

　　　The draft presentence investigation report was disclosed on August 26, 2020.

　　　Informal objections shall be due no later than October 6, 2020.

The final presentence investigative report shall be due no later than October 13, 2020

Motions to correct the presentence report shall be due no later than October 20, 2020.

Replies and sentencing memoranda shall be filed no later than October 27, 2020.

Date:  September 1, 2020                                     /s/
RANDY SUE POLLOCK
Attorney for Defendant
Eran Buhbut

Date:  September 1, 2020                                     /s/
MIRIAM HINMAN
Assistant United States Attorney

IT IS SO ORDERED:

DATE:  September 2, 2020                      /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge

2

*U.S. v. BUHBUT, CR. 17-00232-JAM*
STIPULATION AND [PROPOSED] ORDER
TO CONTINUE SENTENCING