McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERAN BUHBUT, ET AL.,<br><br>Defendants. | Case No.: 2:17-CR-00232-JAM<br><br>**STIPULATION FOR THE DEPOSIT OF FUNDS INTO THE COURT'S DEPOSIT FUND; AND ORDER THEREON** |

Plaintiff United States of America and defendant Eran Buhbut (Buhbut), through their authorized representatives (the Parties), hereby seek an order authorizing Buhbut to deposit $4,100.00 into the Court's deposit fund pending sentencing and entry of a judgment in this criminal prosecution.

The Parties stipulate as follows:

1. The superseding indictment in this case charges Buhbut with a violation of 18 U.S.C. § 1955 – conducting an illegal gambling business. He entered a guilty plea to the charge pursuant to the Parties' plea agreement filed on July 26, 2019 (ECF Nos. 257 and 261). According to the plea agreement, Buhbut is subject to a special assessment and may also be subject to a fine.

2. The Court entered Buhbut's guilty plea to Count 1 of the superseding indictment and adjudged him guilty following his change of plea hearing. ECF No. 257. Sentencing is set for January 12, 2021. ECF No. 404.

3. Buhbut is subject to a $100.00 special assessment. The presentence report recommends that the Court impose a $4,000.00 fine. Through defense counsel, Randy Sue Pollock, Buhbut has delivered two checks to the Clerk of Court in the total amount of $4,100.00.

4. Based on the foregoing, the Parties agree the Court should enter an order directing the Clerk of Court to deposit Buhbut's $4,100.00 payment into the Court's Deposit Fund and apply those funds to all criminal monetary penalties the Court orders at sentencing. The parties further agree that if the Court orders criminal monetary penalties in an amount less than Buhbut's prejudgment payment, the Clerk of Court shall return the surplus to Buhbut within thirty days following entry of judgment.

Respectfully submitted,

FOR THE UNITED STATES:

McGREGOR W. SCOTT
United States Attorney

Dated: December 2, 2020

By: /s/ Miriam R. Hinman
MIRIAM R. HINMAN
Assistant United States Attorney

FOR DEFENDANT ERAN BUHBUT:

Dated: 12/2/2020, 2020

By: _____
ERAN BUHBUT, an individual

APPROVED AS TO FORM AND CONTENT:

Dated: December 2, 2020      By:      /s/ Randy Sue Pollock
RANDY SUE POLLOCK, ESQ.
Attorney for Defendant Eran Buhbut

**O R D E R**

The Court, having reviewed the court files and the Parties' Stipulation for the Deposit of Funds into the Court's Deposit Fund (the Stipulation), and good cause appearing therefrom, hereby APPROVES the Stipulation.  Accordingly, IT IS ORDERED that:

1. The Clerk of Court shall deposit defendant Eran Buhbut's (Buhbut) $4,100.00 prejudgment payment, which has been transmitted through his attorney Randy Sue Pollock, into the Court's Deposit Fund (the Fund).

2. Buhbut's prejudgment payment shall remain in the Fund pending adjudication of this case.  Upon sentencing and entry of judgment, the Clerk of Court shall apply the payment towards the criminal monetary penalties ordered in the case.  If the Court orders criminal monetary penalties in an amount less than Buhbut's prejudgment payment, the Clerk of Court shall return the surplus to Buhbut within thirty days following entry of judgment.

IT IS SO ORDERED.

DATED:  December 3, 2020            /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE