RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ERAN BUHBUT

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA, | Court No. 17-00232-JAM |
| Plaintiff, | |
| vs. | STIPULATION RE. SENTENCING ON JANUARY 12, 2021 |
| ERAN BUHBUT, | |
| Defendant. | |

Defendant Eran Buhbut, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Miriam Hinman, hereby stipulate and agree as follows:

1. The sentencing hearing in this case is set for January 12, 2021, at 9:30 a.m. ECF No. 404. This continuance from December 1, 2020, is at defendant's request to give him time to visit his sick father in Israel.

2. That each of the requirements of the CARES Act and General Order 624 have been satisfied in this case. They request that the Court enter an Order making the specific findings required by the CARES Act and General Order 624. Specifically, incorporating the stipulations filed at ECF Nos. 400 and 403 and in light of the defendant's request that

STIPULATION RE. SENTENCING ON JANUARY 12, 2021; PROPOSED ORDER
*United States vs. Buhbut, CR. 17-00232-JAM*

the sentencing in this case be set for January 12, 2021, the parties agree that:

3. The sentencing hearing in this case cannot be further delayed without serious harm to the interest of justice, given the public health restrictions on physical contact and court closures existing in the Eastern District of California, the length of time that has passed since the defendant's guilty plea, the defendant's desire to have his case resolved and the public's interest in prompt resolution of this case;

4. The defendant waives his physical presence at the hearing and consents to remote hearing by videoconference and counsel joins in that waiver.

5. These videoconference findings shall apply to the sentencing set for January 12, 2021.

6. Pursuant to Fed. R. Crim. P. 43(c)(1)(B), the defendant waives his appearance for sentencing on January 12, 2021, if he does not return to California prior to that date and appear by videoconference for his sentencing on that date. The defendant understands that he has a right to be present at his sentencing hearing unless he waives that right. The defendant agrees that failure to appear by videoconference for sentencing on January 12, 2021, at 9:30 a.m. will be a voluntary absence and will constitute a waiver of his right to be present at his sentencing hearing. The defendant agrees that if he fails to appear by videoconference, the sentencing hearing on January 12, 2021, may proceed in his absence.

Date:  December 2, 2020                                  Respectfully submitted,


                                                         /s/ Randy Sue Pollock
                                                         Randy Sue Pollock
                                                         Counsel for Defendant Eran Buhbut


                                                         /s/ Miriam Hinman
                                                         Assistant United States Attorney

Dated: 12/2/2020 , 2020        By:    _____
                                                         ERAN BUHBUT, defendant

STIPULATION RE. SENTENCING ON JANUARY 12, 2021; PROPOSED ORDER
*United States vs. Buhbut, CR. 17-00232-JAM*

**FINDINGS AND ORDER**

1. The Court adopts the findings above.

2. Further, the Court specifically finds that:

    A. The sentencing hearing in this case cannot be further delayed without serious harm to the interest of justice; and

    B. The defendant has waived his physical presence at the hearing and consents to remote hearing by videoconferencing on January 12, 2021.

    C. Under Fed. R. Crim. P. 43(c)(1)(B), the defendant has voluntarily waived his right to be present at his sentencing hearing on January 12, 2021, if he does not return to California prior to that date and appear for that hearing by videoconference.

3. Therefore, based on the findings above, and under the Court's authority under Section 15002(b) of the CARES Act and General Order 624, the sentencing hearing will be conducted by videoconference on January 12, 2021.

4. It is further ordered that if the defendant does not appear by videoconference for his sentencing hearing on January 12, 2021, the sentencing hearing may proceed in his absence, based on his voluntary waiver of his right to be present.

IT IS SO FOUND AND ORDERED this 3rd day of December, 2020.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

STIPULATION RE. SENTENCING ON JANUARY 12, 2021; ORDER
*United States vs. Buhbut, CR. 17-00232-JAM*