1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  286 Santa Clara Avenue
3  Oakland, CA 94610
   Telephone: (510) 763-9967
4  Facsimile:  (510) 380-6551
   rsp@rspollocklaw.com
5
6  Attorney for Defendant
   ERAN BUHBUT
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10
                              –oOo–
11

12  UNITED STATES OF AMERICA,        **Court No. 17-00232-JAM**

13              Plaintiff,

14  vs.                              **STIPULATION RE. INTERNATIONAL TRAVEL**

15  ERAN BUHBUT,                     _____

16              Defendant.
17  _____/

18

19      Defendant Eran Buhbut, by and through his counsel of record Randy Sue Pollock, and

20  Assistant United States Attorney Miriam Hinman, hereby stipulate and request that Mr. Buhbut be

21  permitted to travel to Israel to see his father from December 7, 2020 to January 4, 2021.

22      Defense counsel has spoken to Melissa Harberer from the Office of Pretrial Services and she

23  advised that their office does not make recommendations regarding international travel.  Josh Libby,

24  who is the pretrial supervising officer in NDCA, advised defense counsel that Mr. Buhbut is in

25  compliance with all his reporting requirements.

26      Before his departure, Mr. Buhbut will provide Mr. Libby with his flight itinerary and where

27  he will be staying in Israel.

28
    STIPULATION RE. INTERNATIONAL TRAVEL; ORDER RE. TRAVEL AND PASSPORT
    *United States vs. Buhbut, CR. 17-00232-JAM*

The parties therefore request that the Court order the following modifications to the defendant's conditions of release:

1. Mr. Buhbut may travel to Israel from December 7, 2020, and returning to California no later than January 4, 2021.
2. Before his departure, Mr. Buhbut will provide Mr. Libby with his flight itinerary and where he will be staying in Israel.
3. Mr. Buhbut's Israeli passport, currently in the possession of the Office of Pretrial Services in Oakland, shall be released to him for purposes of his travel.
4. Mr. Buhbut shall return his passport to Pretrial Services within 48 hours of his return to the United. States.

Date:  December 2, 2020                                        Respectfully submitted,


                                                               */s/ Randy Sue Pollock*
                                                               RANDY SUE POLLOCK


                                                               */s/ Miriam Hinman*
                                                               Assistant United States Attorney

IT IS SO FOUND AND ORDERED this 3rd day of December, 2020.


                                                  /s/ John A. Mendez
                                                  THE HONORABLE JOHN A. MENDEZ
                                                  UNITED STATES DISTRICT COURT JUDGE

STIPULATION RE. INTERNATIONAL TRAVEL; ORDER RE. TRAVEL AND PASSPORT
*United States vs. Buhbut, CR. 17-00232-JAM*