RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile:  (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ERAN BUHBUT

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Court No. 17-00232-JAM** |
| Plaintiff, | |
| vs. | **AMENDED STIPULATION RE. INTERNATIONAL TRAVEL** |
| ERAN BUHBUT, | |
| Defendant. | |

In light of the parties' separately filed stipulations regarding sentencing on January 21, 2021, and the deposit of monies into the Court's deposit fund, defendant Eran Buhbut, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Miriam Hinman, hereby stipulate and request that Mr. Buhbut be permitted to travel to Israel to see his sick father from December 13, 2020 to January 1, 2021.

Defense counsel has spoken to Melissa Harberer from the Office of Pretrial Services and she advised that their office does not make recommendations regarding international travel.  Josh Libby, who is the pretrial supervising officer in NDCA, advised defense counsel that Mr. Buhbut is in compliance with all his reporting requirements.

STIPULATION RE. INTERNATIONAL TRAVEL; ORDER RE. TRAVEL AND PASSPORT
*United States vs. Buhbut, CR. 17-00232-JAM*

The parties therefore request that the Court order the following modifications to the defendant's conditions of release:

1. Mr. Buhbut may travel to Israel from December 13, 2020, and returning to California no later than January 4, 2021.
2. Before his departure, Mr. Buhbut will provide Mr. Libby with his flight itinerary and where he will be staying in Israel.
3. Mr. Buhbut's Israeli passport, currently in the possession of the United States District Court Clerk's Office in Sacramento, shall be released to him for purposes of his travel.
4. Mr. Buhbut shall return his passport to Pretrial Services within 48 hours of his return to the United States.

Date:   December 7, 2020                                        Respectfully submitted,


*/s/ Randy Sue Pollock*
Randy Sue Pollock
Counsel for Defendant Eran Buhbut


/s/ *Miriam Hinman*
Assistant United States Attorney


IT IS SO FOUND AND ORDERED this 7th day of December, 2020.


/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

STIPULATION RE. INTERNATIONAL TRAVEL; ORDER RE. TRAVEL AND PASSPORT
*United States vs. Buhbut, CR. 17-00232-JAM*